NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 19 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KARIM CHRISTIAN KAMAL, | No. 18-55759 |
| Plaintiff-Appellant, | D.C. No. 2:17-cv-04555-GW-RAO |
| v. | |
| TANI CANTIL-SAKAUYE, in official capacity; PATRICIA A. BIGELOW, in official capacity, | MEMORANDUM[*] |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Central District of California
George H. Wu, District Judge, Presiding

Submitted March 12, 2019[**]

Before:    LEAVY, BEA, and N.R. SMITH, Circuit Judges.

Karim Christian Kamal appeals pro se from the district court's judgment

dismissing his 42 U.S.C. § 1983 action alleging federal claims.  We have

jurisdiction under 28 U.S.C. § 1291.  We review de novo a dismissal for lack of

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

Article III standing. *Lopez v. Candaele*, 630 F.3d 775, 784-85 (9th Cir. 2010). We affirm.

The district court properly dismissed Kamal's action because Kamal failed to allege facts sufficient to show an injury in fact. *See id.* at 785 (elements of Article III standing).

Kamal's motion to augment the record and to take judicial notice (Docket Entry No. 9) is denied.

**AFFIRMED.**